IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| FIRST TIME VIDEOS, LLC, | : | Civil Action No. 1:12-CV-03839-AT |
| Plaintiff, | : | |
| v. | : | |
| DANNY CHAMBLESS, | : | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |
| Defendant. | : | |
| | : | |
| | : | |

<u>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**</u>

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntary dismisses this action in its entirety without prejudice. In accordance with Federal Rule of Civil Procedure 41(a)(1), Defendant has neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

Plaintiff prays that the Court enter a judgment reflecting the above.

Respectfully submitted,

First Time Videos, LLC,

DATED: December 21, 2012

By:   /s/ Jacques Nazaire

Jacques Nazaire, Esq. (Bar No. 142388)
Of Counsel to Prenda Law Inc.
125 Town Park Drive, Suite 300
Kennesaw, Georgia 30144
Telephone: (415) 325-5900
Email: blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on December 21, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

      /s/ Jacques Nazaire  
      JACQUES NAZAIRE, ESQ.